Thomas HENDERSON, Plaintiff—
Appellant,

v.

J.D. SCOTT; et al., Defendants—
Appellees.

No. 05–16465.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Decided June 19, 2006.

Thomas Henderson, Los Angeles, CA,
pro se.

Before: WALLACE, KLEINFELD and
BERZON, Circuit Judges.

MEMORANDUM **

Thomas Henderson, a former California
state prisoner, appeals pro se from the
district court's judgment dismissing his 42
U.S.C. § 1983 action for failing to comply
with Fed.R.Civ.P. 8(a) and its order to file
a third amended complaint. We have ju-
risdiction under 28 U.S.C. § 1291. We
review for abuse of discretion, *Ferdik v.
Bonzelet,* 963 F.2d 1258, 1260 (9th Cir.
1992), and we affirm.

The district court did not abuse its dis-
cretion by dismissing the action because
Henderson's amended complaints did not
comply with Fed.R.Civ.P. 8(a) and he was
warned that the failure to file a third
amended complaint would lead to the dis-
missal of his action. *See Nevijel v. North
Coast Life Ins. Co.,* 651 F.2d 671, 673 (9th
Cir.1981); *see also Ferdik,* 963 F.2d at
1262.

Henderson's remaining contentions are
without merit.

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

